IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TAREYAN COOKS,

  Petitioner,

v.

STATE OF FLORIDA,

  Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5095

Opinion filed December 22, 2016.

Petition for Writ of Mandamus -- Original Jurisdiction.

Tareyan Cooks, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

  The petition for writ of mandamus is denied.

OSTERHAUS, BILBREY, and WINOKUR, JJ., CONCUR.